## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | Case No. 05-33977 |
| GILBERT, WESLEY MICHAEL | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 08/26/2005 . The undersigned trustee was appointed on 08/26/2005 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S. C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 750,064.42 |

Funds were disbursed in the following amounts:

| | |
|---|---|
| Administrative expenses | 222,892.75 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 7,500.00 |
| | |
| Leaving a balance on hand of    $ | 477,171.67 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 02/28/2006 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of

claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 22,047.49 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 22,047.49 , for a total compensation of $ 22,047.49 .  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 321.37 , for total expenses of $ 321.37 .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 06/26/2009_____    By:/s/R. SCOTT ALSTERDA, TRUSTEE_____
                                Trustee



**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Case No: | 05-33977 CAD Judge: CAROL A. DOYLE | Trustee Name: R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|
| Case Name: | GILBERT, WESLEY MICHAEL | Date Filed (f) or Converted (c): 08/26/05 (f) |
| | | 341(a) Meeting Date: 10/06/05 |
| For Period Ending: 06/29/09 | | Claims Bar Date: 02/28/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY (3427 N. Bell, Chicago, IL) | 310,000.00 | 0.00 | DA | 0.00 | FA |
| 2. CASH ON HAND | 300.00 | 0.00 | DA | 0.00 | FA |
| 3. CHECKING ACCOUNT (Fifth Third Bank) | 200.00 | 0.00 | DA | 0.00 | FA |
| 4. HOUSEHOLD GOODS (furniture, tv, beds) | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5. WEARING APPAREL | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6. INSURANCE POLICIES (Term Life Policy $200,000) | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. INTEREST IN IRA (Wachovia IRA Rollover) | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 8. STOCK (Wes Gilbert & Assoc. Inc.) | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. OTHER (Medical Malpractice Claim) | Unknown | 0.00 | | 750,000.00 | FA |
| 10. AUTOMOBILES (1997 Plymouth Voyager) | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. AUTOMOBILES (2000 Toyota Sienna) | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 12. AUTOMOBILES (1996 Jaguar Car-under wife's name) | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 13. ANIMALS (Cats) | 0.00 | 0.00 | DA | 0.00 | FA |
| 14. Post-Petition Interest Deposits (u) | Unknown | N/A | | 64.42 | Unknown |

Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $329,000.00   $0.00   $750,064.42   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/07     Current Projected Date of Final Report (TFR): 07/31/09

/s/     R. SCOTT ALSTERDA, TRUSTEE
_____ Date: 06/29/09
R. SCOTT ALSTERDA, TRUSTEE

PFORM1                                                                                     Ver: 14.31a

## FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page   1

**Exhibit B**

| | |
|---|---|
| Case No: | 05-33977 -CAD |
| Case Name: | GILBERT, WESLEY MICHAEL |
| Taxpayer ID No: | *******4370 |
| For Period Ending: | 06/26/09 |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******5317 BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/20/09 | 9 | ISMIE Mutual Insurance Company Twenty North Michigan Avenue Suite 700 Chicago, IL 60602 | Settlement Funds reduced compensable amount due to surplus to debtor Check No. 303 and 305 - paid to Wesley Gilbert | 1129-000 | 750,000.00 | | 750,000.00 |
| 03/27/09 | 000301 | Clifford Law Offices 120 North LaSalle Street 31st Floor Chicago, IL 60602 | Special Litigation Counsel - Fees Court Order dated March 17, 2009 to pay legal fees | 3210-600 | | 200,000.00 | 550,000.00 |
| 03/27/09 | 000302 | Clifford Law Offices 120 North LaSalle Street 31st Floor Chicago, IL 60602 | Special Litigation-Disbursement Court order dated March 17, 2009 authorized Special Litigation Counsel reimbursement of expenses | 3220-610 | | 22,892.75 | 527,107.25 |
| 03/31/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 4.09 | | 527,111.34 |
| 04/30/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 30.33 | | 527,141.67 |
| 05/18/09 | 000303 | Wesley Michael Gilbert 3427 N. Bell Avenue Chicago, IL 60618 | Medical Malpractice Case (exempt) See Order EOD 5/6/09 for exemption | 8100-002 | | 7,500.00 | 519,641.67 |
| 05/18/09 | 000304 | Wesley Michael Gilbert 3427 N. Bell Avenue Chicago, IL 60618 | Surplus Funds Paid To Debtor | 8200-003 | | | 519,641.67 |
| 05/18/09 | 000304 | Wesley Michael Gilbert 3427 N. Bell Avenue Chicago, IL 60618 | Surplus Funds Paid To Debtor | 8200-003 | | | 519,641.67 |
| 05/18/09 | 000305 | Wesley Michael Gilbert 3427 N. Bell Avenue Chicago, IL 60618 | Surplus Funds Paid To Debtor See order EOD 5/6/09 Surplus | 8200-002 | | 42,500.00 | 477,141.67 |
| 05/29/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 30.00 | | 477,171.67 |

**Total Of All Accounts   477,171.67**

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Case Number: 05-33977 | | | Page 1 | | | Date: June 26, 2009 | |
| Debtor Name: GILBERT, WESLEY MICHAEL | | | Claim Class Sequence | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000014 001 3210-60 | Robert A. Strelecky Clifford Law Offices 120 North LaSalle Street 31st Floor Chicago, IL 60602 | Administrative | | $200,000.00 | $200,000.00 | $0.00 |
| 000015 001 3220-61 | Robert A. Strelecky Clifford Law Offices 120 North LaSalle Street 31st Floor Chicago, IL 60602 | Administrative | | $22,892.75 | $22,892.75 | $0.00 |
| 000018 001 3110-00 | Ungaretti & Harris LLP 3500 Three First National Plaza 70 W. Madison Chicago, IL 60602 | Administrative | | $12,519.50 | $0.00 | $12,519.50 |
| 000019 001 3120-00 | Ungaretti & Harris LLP 3500 Three First National Plaza 70 W Madison Chicago, IL 60602 | Administrative | | $268.64 | $0.00 | $268.64 |
| 000010B 040 5800-00 | Internal Revenue Service Mail Stop 5010CHI 230 S. Dearborn Street Chicago, IL 60604 | Priority | | $0.00 | $0.00 | $0.00 |
| 000002 070 7100-00 | Neiman Marcus c/o Creditors Bankruptcy Service P O Box 740933 Dallas, TX 75374 | Unsecured | | $388.76 | $0.00 | $388.76 |
| 000003 070 7100-00 | Chase Bank USA, N.A. c/o Weinstein & Riley, P.S. 2101 4th Avenue, Suite 900 Seattle, WA, 98121 | Unsecured | | $6,781.99 | $0.00 | $6,781.99 |
| 000004 070 7100-00 | MBNA America Bank NA P.O. Box 15168 MS 1423 Wilmington, DE 19850 | Unsecured | | $14,613.69 | $0.00 | $14,613.69 |
| 000005 070 7100-00 | First National Bank of Omaha 1620 Dodge St Omaha, NE 68105-0773 | Unsecured | | $2,857.52 | $0.00 | $2,857.52 |
| 000006 070 7100-00 | American Express Travel Related Services Co., Inc. c/o Becket and Lee, LLP P.O. Box 3001 Malvern, PA 19355-0701 | Unsecured | | $81,112.24 | $0.00 | $81,112.24 |

**EXHIBIT C**
**ANALYSIS OF CLAIMS REGISTER**

| Case Number: 05-33977 | | | Page 2 | | Date: June 26, 2009 |
| Debtor Name: GILBERT, WESLEY MICHAEL | | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000007 070 7100-00 | American Express Bank, FSB c/o Becket and Lee, LLP P.O Box 3001 Malvern, PA 19355-0701 | Unsecured | | $13,209.33 | $0.00 | $13,209.33 |
| 000008 070 7100-00 | American Express Centurion Bank c/o Becket and Lee, LLP P.O. Box 3001 Malvern, PA 19355-0701 | Unsecured | | $8,902.98 | $0.00 | $8,902.98 |
| 000009 070 7100-00 | Advanta Bank Corp Bankruptcy Welsh & McKean Roads P O Box 844 Spring House, PA 19477-0844 | Unsecured | | $6,535.27 | $0.00 | $6,535.27 |
| 000010A 080 7300-00 | Internal Revenue Service Mail Stop 5010CHI 230 S. Dearborn Street Chicago, IL 60604 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000011 070 7100-00 | CAPITAL RECOVERY II 25 SE 2nd Avenue, Suite 1120 Miami, FL 33131 | Unsecured | | $1,866.87 | $0.00 | $1,866.87 |
| 000012 070 7100-00 | CAPITAL RECOVERY II 25 SE 2nd Avenue, Suite 1120 Miami, FL 33131 | Unsecured | | $3,339.80 | $0.00 | $3,339.80 |
| 000016 999 8100-00 | Wesley Michael Gilbert 3427 N. Bell Avenue Chicago, IL 60618 | Unsecured | | $7,500.00 | $7,500.00 | $0.00 |
| 000017 999 8200-00 | Wesley Michael Gilbert 3427 N. Bell Avenue Chicago, IL 60618 | Unsecured | | $324,114.58 | $42,500.00 | $281,614.58 |
| 000001 050 4210-00 | Hinsdale Bank & Trust Company 25 E. First Street Hinsdale, IL 60521 | Secured | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $706,903.92 | $272,892.75 | $434,011.17 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-33977
Case Name: GILBERT, WESLEY MICHAEL
Trustee Name: R. SCOTT ALSTERDA, TRUSTEE

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: R. SCOTT ALSTERDA,* | | |
| *TRUSTEE* _____ | $____ 22,047.49 | $_____ 321.37 |
| *Attorney for trustee: Ungaretti & Harris LLP* | $____ 12,519.50 | $_____ 268.64 |
| *Appraiser:* _____ | $_____ | $_____ |
| *Auctioneer:* _____ | $_____ | $_____ |
| *Accountant:* _____ | $_____ | $_____ |
| *Special Attorney for trustee:* _____ | $_____ | $_____ |
| *Charges:* _____ | $_____ | $_____ |
| *Fees:* _____ | $_____ | $_____ |
| *Other:* _____ | $_____ | $_____ |
| *Other:* _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000010B* | *Internal Revenue Service* | $ 0.00 | $ 0.00 |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 139,608.45  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 114.9 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000002* | *Neiman Marcus* | $ 388.76 | $ 446.66 |
| *000003* | *Chase Bank USA, N.A.* | $ 6,781.99 | $ 7,792.02 |
| *000004* | *MBNA America Bank NA* | $ 14,613.69 | $ 16,790.08 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000005* | *First National Bank of Omaha* | $ 2,857.52 | $ 3,283.09 |
| *000006* | *American Express Travel Related Services* | $ 81,112.24 | $ 93,192.14 |
| *000007* | *American Express Bank, FSB* | $ 13,209.33 | $ 15,176.57 |
| *000008* | *American Express Centurion Bank* | $ 8,902.98 | $ 10,228.88 |
| *000009* | *Advanta Bank Corp Bankruptcy* | $ 6,535.27 | $ 7,508.56 |
| *000011* | *CAPITAL RECOVERY II* | $ 1,866.87 | $ 2,144.90 |
| *000012* | *CAPITAL RECOVERY II* | $ 3,339.80 | $ 3,837.19 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000010A* | *Internal Revenue Service* | $ 0.00 | $ 0.00 |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is
$ 281,614.58 .