# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re:<br>GILBERT, WESLEY MICHAEL<br><br>Debtors | §<br>§<br>§<br>§<br>§ | Case No. 05-33977 |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that R. SCOTT ALSTERDA, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 750,064.42 |
| *and approved disbursements of* | $ | 272,892.75 |
| *leaving a balance of* | $ | 477,171.67 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: R. SCOTT ALSTERDA, TRUSTEE* | $ 22,047.49 | $ 321.37 |
| *Attorney for trustee: Ungaretti & Harris LLP* | $ 12,519.50 | $ 268.64 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |

UST Form 101-7-NFR (4/1/2009) *(Page: 1)*

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |
| *Other:* | $ | $ |
| *Other:* | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other:* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000010B* | *Internal Revenue Service* | $ 0.00 | $ 0.00 |
|  |  | $ | $ |
|  |  | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 139,608.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 114.9 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | Neiman Marcus | $ 388.76 | $ 446.66 |
| 000003 | Chase Bank USA, N.A. | $ 6,781.99 | $ 7,792.02 |
| 000004 | MBNA America Bank NA | $ 14,613.69 | $ 16,790.08 |
| 000005 | First National Bank of Omaha | $ 2,857.52 | $ 3,283.09 |
| 000006 | American Express Travel Related Services | $ 81,112.24 | $ 93,192.14 |
| 000007 | American Express Bank, FSB | $ 13,209.33 | $ 15,176.57 |
| 000008 | American Express Centurion Bank | $ 8,902.98 | $ 10,228.88 |
| 000009 | Advanta Bank Corp Bankruptcy | $ 6,535.27 | $ 7,508.56 |
| 000011 | CAPITAL RECOVERY II | $ 1,866.87 | $ 2,144.90 |
| 000012 | CAPITAL RECOVERY II | $ 3,339.80 | $ 3,837.19 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000010A | Internal Revenue Service | $ 0.00 | $ 0.00 |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 281,614.58 .

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 08/25/2009 in Courtroom 742,

United States Courthouse

219 S. Dearborn Street

Chicago, IIllinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 06/26/2009          By:/s/R. SCOTT ALSTERDA, TRUSTEE
                              Trustee


*R. SCOTT ALSTERDA, TRUSTEE*
*3500 THREE FIRST NATIONAL PLAZA, 70 WEST MADISON AVENUE, CHICAGO, IL 60602-4283*


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.