# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § | Case No. 05-33977 |
|---|---|---|
| GILBERT, WESLEY MICHAEL | § | |
| | § | |
| Debtors | § | |
| | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that R. SCOTT ALSTERDA, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 750,064.42 |
| *and approved disbursements of* | $ | 272,892.75 |
| *leaving a balance of* | $ | 477,171.67 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: R. SCOTT ALSTERDA, TRUSTEE* | $ 22,047.49 | $ 321.37 |
| *Attorney for trustee: Ungaretti & Harris LLP* | $ 12,519.50 | $ 268.64 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |

UST Form 101-7-NFR (4/1/2009) (Page: 1)

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| <u>Charges:</u> | | $_____ | $_____ |
| <u>Fees:</u> | | $_____ | $_____ |
| <u>Other:</u> | | $_____ | $_____ |
| <u>Other:</u> | | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| <u>Attorney for debtor:</u> | | $_____ | $_____ |
| <u>Attorney for:</u> | | $_____ | $_____ |
| <u>Accountant for:</u> | | $_____ | $_____ |
| <u>Appraiser for:</u> | | $_____ | $_____ |
| <u>Other:</u> | | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| <u>000010B</u> | <u>Internal Revenue Service</u> | $          0.00 | $          0.00 |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 139,608.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 114.9 percent.

Timely allowed general (unsecured) claims are as follows:

UST Form 101-7-NFR (4/1/2009) (Page: 2)

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | Neiman Marcus | $ 388.76 | $ 446.66 |
| 000003 | Chase Bank USA, N.A. | $ 6,781.99 | $ 7,792.02 |
| 000004 | MBNA America Bank NA | $ 14,613.69 | $ 16,790.08 |
| 000005 | First National Bank of Omaha | $ 2,857.52 | $ 3,283.09 |
| 000006 | American Express Travel Related Services | $ 81,112.24 | $ 93,192.14 |
| 000007 | American Express Bank, FSB | $ 13,209.33 | $ 15,176.57 |
| 000008 | American Express Centurion Bank | $ 8,902.98 | $ 10,228.88 |
| 000009 | Advanta Bank Corp Bankruptcy | $ 6,535.27 | $ 7,508.56 |
| 000011 | CAPITAL RECOVERY II | $ 1,866.87 | $ 2,144.90 |
| 000012 | CAPITAL RECOVERY II | $ 3,339.80 | $ 3,837.19 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000010A | Internal Revenue Service | $ 0.00 | $ 0.00 |
| | | $ | $ |
| | | $ | $ |

UST Form 101-7-NFR (4/1/2009) (Page: 3)

The amount of surplus returned to the debtor after payment of all claims and interest is $ 281,614.58 .

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 08/25/2009 in Courtroom 742,

United States Courthouse

219 S. Dearborn Street

Chicago, Illlinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 06/26/2009          By:/s/R. SCOTT ALSTERDA, TRUSTEE
                              Trustee

*R. SCOTT ALSTERDA, TRUSTEE*
*3500 THREE FIRST NATIONAL PLAZA, 70 WEST MADISON AVENUE, CHICAGO, IL 60602-4283*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: wepps                  Page 1 of 2                   Date Rcvd: Jul 24, 2009
Case: 05-33977                 Form ID: pdf006              Total Noticed: 48

The following entities were noticed by first class mail on Jul 26, 2009.
 db           +Wesley Michael Gilbert,    3427 N. Bell,    Chicago, IL 60618-6001
 aty           Alex Pirogovsky,    Ungaretti & Harris LLP,    3500 Three First National Plaza,
                Chicago, IL  60602
 aty          +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
 aty           Patrick F Ross,    Ungaretti & Harris LLP,    3500 Three First National Plaza,    Chicago, IL  60602
 aty           Theodore E Harman,    Ungaretti & Harris,    3500 Three First National Plaza,    Chicago, IL  60602
 tr            R Scott Alsterda,    Ungaretti & Harris LLP,    3500 Three First National Plaza,
                Chicago, IL  60602
9734895        AARP,   P.O. Box 15298,    Wilmington, DE 19850-5298
9734900        AT & T Wireless,    P.O. Box 8220,    Aurora, IL 60572-0220
9734896        Advanta Bank,    P.O Box 30715,    Salt Lake City, UT 84130-0715
10587826       Advanta Bank Corp Bankruptcy,    Welsh & McKean Roads,    P O Box 844,
                Spring House, PA 19477-0844
9734897        American Express,    P.O. Box 360002,    Ft. Lauderdale, FL,    33336-0002
9734899        American Express,    P.O. Box 658448,    Dallas, TX 75265-0448
10579449       American Express Bank, FSB,    c/o Becket and Lee, LLP,    P.O. Box 3001,    Malvern, PA 19355-0701
10579451       American Express Centurion Bank,    c/o Becket and Lee, LLP,    P.O. Box 3001,
                Malvern, PA 19355-0701
10578342       American Express Travel Related Services Co., Inc.,    c/o Becket and Lee, LLP,    P.O. Box 3001,
                Malvern, PA 19355-0701
9734901       +Bank America,    P.O. Box 5270,    Carol Stream, IL 60197-5270
9734902       +Bank Financial,    6415 West 95th Street,    Chicago Ridge, IL 60415-2630
9734904        Bank of America,    P.O. Box 1070,    Newark, NJ 07101
9734905        Bank of America,    P.O. Box 1070,    Newark, NJ 07101-1070
9734906        BankCard Services,    P.O. Box 15026,    Wilmington, DE 19850-5026
9734907        Best Buy Retail Svcs,    P.O. Box 17298,    Baltimore, MD 21297-1298
9734908        Capital One FSB,    P.O. Box 34631,    Seattle, WA 98124-1631
9734909       +Care of Trees,    340 N. Hoyne Avenue,    Chicago, IL 60612-1623
9734910        Chase,   P.O. Box 52046,    Phoenix, AZ 85072-2046
10542174      +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
                Seattle, WA 98121-2339
9734911        Chase USA,    P.O. Box 52050,    Phoenix, AZ 85072-2050
9734912        CitiCards,    P.O. Box 688905,    Des Moines, IA 50368-8905
9734913        Comtec 21-Cybertel,    ARMC,    P.O. Box 85,    Emerson, NJ 07630-0085
9734914       +First Bank and Trust of Evanston,    820 Church St.,    Evanston, IL 60201-3764
9734916       +First National Bank,    P.O. Box 2814,    Omaha, NE 68103-2814
10556043      +First National Bank of Omaha,    1620 Dodge St,    Omaha, NE 68197-0002
9734917       +Fleet,    One South Wacker Drive,    Chicago  IL 60606-4614
9734925        Georgian Pluchinski,    address unknown,    Chicago, Illinois
9734921      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
               (address filed with court: Department of the Treasury-Internal Revenue Servic,
                Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
9734920        Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
9734922       +MBNA America Bank NA,    P.O. Box 15168  MS 1423,    Wilmington, DE 19850-5168
9734924        Neiman Marcus,    P.O. Box 620016,    Dallas, TX 75262-0016
10537906      +Neiman Marcus,    P O Box 740933,    Dallas, TX 75374-0933
10537912      +Neiman Marcus,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas, TX 75374-0933
9734926       +Tweeter,    2828 N Clark St Ofc,    Chicago, IL 60657-5231
The following entities were noticed by electronic transmission on Jul 25, 2009.
9734896        E-mail/Text: DL_EBN@advanta.com                                Advanta Bank,    P.O Box 30715,
                Salt Lake City, UT 84130-0715
12650243      +E-mail/PDF: rmscedi@recoverycorp.com Jul 25 2009 01:47:33      Capital Recovery II,
                25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
9734918       +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2009 01:48:00      GE Capital,    P.O. Box 960061,
                Orlando, FL 32896-0061
10604226      +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2009 01:47:35      GE Consumer Finance,
                For GE Money Bank,    dba United Audio Centers,    P.O. BOX 960061,    Orlando, Fl 32896-0061
10604225      +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2009 01:47:11      GE Consumer Finance,
                For GE Money Bank,    dba GECAF-ABT TV,    P.O. BOX 960061,    Orlando, Fl 32896-0061
9734919       +Fax: 866-543-0087 Jul 24 2009 23:48:23     Hinsdale Bank,    25 E. First St,
                Hindsdale, IL 60521-4119
9902505       +Fax: 866-543-0087 Jul 24 2009 23:48:23     Hinsdale Bank & Trust Company,    25 E. First St.,
                Hinsdale, IL 60521-4119
9734923        E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2009 01:47:16      Monogram CC Bank,    P.O. Box 960061,
                Orlando, FL 32896-0061
12650244       E-mail/PDF: rmscedi@recoverycorp.com Jul 25 2009 01:47:32
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty*          R Scott Alsterda,    Ungaretti & Harris LLP,    3500 Three First National Plaza,
                Chicago, IL  60602
9734898*       American Express,    P.O. Box 360002,    Ft. Lauderdale, FL 33336-0002
9734903*      +Bank Financial,    6415 West 95th Street,    Chicago Ridge, IL 60415-2630
9734915*      +First Bank and Trust of Evanston,    820 Church Street,    Evanston, IL 60201-3764
                                                                                              TOTALS: 0, * 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1           User: wepps                Page 2 of 2                Date Rcvd: Jul 24, 2009
Case: 05-33977                 Form ID: pdf006            Total Noticed: 48
```

```
           ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 26, 2009**                          **Signature:**    _Joseph Speetjens_