UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
GILBERT, WESLEY MICHAEL             §   Case No. 05-33977
                                    §
         Debtor(s)                  §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

R. SCOTT ALSTERDA, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 329,000.00 | Assets Exempt: 7,500.00 |
| Total Distributions to Claimants: 161,409.25 | Claims Discharged Without Payment: 226,400.00 |
| Total Expenses of Administration: 251,047.26 | |

3) Total gross receipts of $ 750,149.53 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 337,693.02 (see **Exhibit 2**), yielded net receipts of $ 412,456.51 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 384,302.88 | $ 8,162.94 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 238,259.12 | 451,047.26 | 251,047.26 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 26,090.65 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 226,400.00 | 139,608.45 | 139,608.45 | 161,409.25 |
| **TOTAL DISBURSEMENTS** | $ 636,793.53 | $ 386,030.51 | $ 590,655.71 | $ 412,456.51 |

    4) This case was originally filed under chapter 7 on 08/26/2005. The case was pending for 50 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/14/2009            By:/s/R. SCOTT ALSTERDA, TRUSTEE
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| OTHER (Medical Malpractice Claim) | 1129-000 | 750,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 149.53 |
| **TOTAL GROSS RECEIPTS** | | **$ 750,149.53** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Wesley Michael Gilbert | Exemptions | 8100-002 | 7,500.00 |
| Wesley Michael Gilbert | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 42,500.00 |
| Wesley Michael Gilbert | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 287,693.02 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 337,693.02** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank America P.O. Box 5270 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| Bank Financial 6415 West 95th Street Chicago Ridge, IL 60415 | | 187,883.66 | NA | NA | 0.00 |
| Bank Financial 6415 West 95th Street Chicago Ridge, IL 60415 | | 176,439.00 | NA | NA | 0.00 |
| CitiCards P.O. Box 688905 Des Moines, IA 50368-8905 | | 0.00 | NA | NA | 0.00 |
| First Bank and Trust of Evanston 820 Church Street Evanston, IL 60201 | | 12,360.57 | NA | NA | 0.00 |
| Hinsdale Bank 25 E. First St Hindsdale, IL 60521 | | 7,619.65 | NA | NA | 0.00 |
| HINSDALE BANK & TRUST COMPANY | 4210-000 | NA | 8,162.94 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | $ 384,302.88 | $ 8,162.94 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. SCOTT ALSTERDA, TRUSTEE | 2100-000 | NA | 15,045.00 | 15,045.00 | 15,045.00 |
| R. SCOTT ALSTERDA, TRUSTEE | 2200-000 | NA | 321.37 | 321.37 | 321.37 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| UNGARETTI & HARRIS LLP | 3110-000 | NA | 0.00 | 12,519.50 | 12,519.50 |
| UNGARETTI & HARRIS LLP | 3120-000 | NA | 0.00 | 268.64 | 268.64 |
| CLIFFORD LAW OFFICES | 3210-600 | NA | 200,000.00 | 200,000.00 | 200,000.00 |
| ROBERT A. STRELECKY | 3220-610 | NA | 0.00 | 200,000.00 | 0.00 |
| ROBERT A. STRELECKY | 3220-610 | NA | 22,892.75 | 22,892.75 | 22,892.75 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 238,259.12 | $ 451,047.26 | $ 251,047.26 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| IL Dept of Revenue P.O. Box 19084 Springfield, IL 62794-9084 | | 868.65 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Internal Revenue Service Mail Stop 5010CHI 230 S. Dearborn Street Chicago, IL 60604 | | 25,222.00 | NA | NA | 0.00 |
| INTERNAL REVENUE SERVICE | 5800-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ 26,090.65 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AARP P.O. Box 15298 Wilmington, DE 19850-5298 | | 8,600.00 | NA | NA | 0.00 |
| AT & T Wireless P.O. Box 8220 Aurora, IL 60572-0220 | | 1,100.00 | NA | NA | 0.00 |
| Advanta Bank P.O Box 30715 Salt Lake City, UT 84130-0715 | | 6,000.00 | NA | NA | 0.00 |
| American Express P.O. Box 360002 Ft. Lauderdale, FL 33336-0002 | | 8,500.00 | NA | NA | 0.00 |
| American Express P.O. Box 360002 Ft. Lauderdale, FL 33336-0002 | | 13,000.00 | NA | NA | 0.00 |
| American Express P.O. Box 658448 Dallas, TX 75265-0448 | | 99,000.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank of America P.O. Box 1070 Newark, NJ 07101 | | 7,000.00 | NA | NA | 0.00 |
| Bank of America P.O. Box 1070 Newark, NJ 07101-1070 | | 6,000.00 | NA | NA | 0.00 |
| BankCard Services P.O. Box 15026 Wilmington, DE 19850-5026 | | 6,000.00 | NA | NA | 0.00 |
| Best Buy Retail Svcs P.O. Box 17298 Baltimore, MD 21297-1298 | | 6,000.00 | NA | NA | 0.00 |
| Capital One FSB P.O. Box 34631 Seattle, WA 98124-1631 | | 6,000.00 | NA | NA | 0.00 |
| Care of Trees 340 N. Hoyne Avenue Chicago, IL 60612 | | 600.00 | NA | NA | 0.00 |
| Chase P.O. Box 52046 Phoenix, AZ 85072-2046 | | 6,500.00 | NA | NA | 0.00 |
| Chase USA P.O. Box 52050 Phoenix, AZ 85072-2050 | | 6,000.00 | NA | NA | 0.00 |
| Comtec 21-Cybertel ARMC P.O. Box 85 Emerson, NJ 07630-0085 | | 500.00 | NA | NA | 0.00 |
| First Bank and Trust of Evanston 820 Church St. Evanston, IL 60201 | | 2,000.00 | NA | NA | 0.00 |
| First National Bank P.O. Box 2814 Omaha, NE 68103 | | 10,000.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Fleet One South Wacker Drive Chicago IL 60606 | | 10,000.00 | NA | NA | 0.00 |
| GE Capital P.O. Box 960061 Orlando, FL 32896 | | 3,500.00 | NA | NA | 0.00 |
| Georgian Pluchinski address unknown Chicago, Illinois | | 0.00 | NA | NA | 0.00 |
| MBNA P.O. Box 15026 Wilmington, DE 19850 | | 13,000.00 | NA | NA | 0.00 |
| Monogram CC Bank P.O. Box 960061 Orlando, FL 32896-0061 | | 2,600.00 | NA | NA | 0.00 |
| Neiman Marcus P.O. Box 620016 Dallas, TX 75262-0016 | | 500.00 | NA | NA | 0.00 |
| Tweeter 2828 N Clark St Ofc Chicago, IL 60657-5775 | | 4,000.00 | NA | NA | 0.00 |
| ADVANTA BANK CORP BANKRUPTCY | 7100-000 | NA | 6,535.27 | 6,535.27 | 6,535.27 |
| AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 13,209.33 | 13,209.33 | 13,209.33 |
| AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 8,902.98 | 8,902.98 | 8,902.98 |
| AMERICAN EXPRESS TRAVEL RELATED SER | 7100-000 | NA | 81,112.24 | 81,112.24 | 81,112.24 |

Case 05-33977  Doc 57  Filed 10/30/09  Entered 10/30/09 11:28:16  Desc Main
Document  Page 9 of 14

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CAPITAL RECOVERY II | 7100-000 | NA | 1,866.87 | 1,866.87 | 1,866.87 |
| CAPITAL RECOVERY II | 7100-000 | NA | 3,339.80 | 3,339.80 | 3,339.80 |
| CHASE BANK USA, N.A. | 7100-000 | NA | 6,781.99 | 6,781.99 | 6,781.99 |
| FIRST NATIONAL BANK OF OMAHA | 7100-000 | NA | 2,857.52 | 2,857.52 | 2,857.52 |
| MBNA AMERICA BANK NA | 7100-000 | NA | 14,613.69 | 14,613.69 | 14,613.69 |
| NEIMAN MARCUS | 7100-000 | NA | 388.76 | 388.76 | 388.76 |
| INTERNAL REVENUE SERVICE | 7300-000 | NA | 0.00 | 0.00 | 0.00 |
| ADVANTA BANK CORP BANKRUPTCY | 7990-000 | NA | NA | NA | 1,020.53 |
| AMERICAN EXPRESS BANK, FSB | 7990-000 | NA | NA | NA | 2,062.73 |
| AMERICAN EXPRESS CENTURION BANK | 7990-000 | NA | NA | NA | 1,390.26 |
| AMERICAN EXPRESS TRAVEL RELATED SER | 7990-000 | NA | NA | NA | 12,666.22 |
| CAPITAL RECOVERY II | 7990-000 | NA | NA | NA | 291.52 |
| CAPITAL RECOVERY II | 7990-000 | NA | NA | NA | 521.53 |
| CHASE BANK USA, N.A. | 7990-000 | NA | NA | NA | 1,059.05 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FIRST NATIONAL BANK OF OMAHA | 7990-000 | NA | NA | NA | 446.22 |
| MBNA AMERICA BANK NA | 7990-000 | NA | NA | NA | 2,282.03 |
| NEIMAN MARCUS | 7990-000 | NA | NA | NA | 60.71 |
| TOTAL GENERAL UNSECURED CLAIMS | | $ 226,400.00 | $ 139,608.45 | $ 139,608.45 | $ 161,409.25 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit 8

Case No: 05-33977 CAD Judge: CAROL A. DOYLE
Case Name: GILBERT, WESLEY MICHAEL

For Period Ending: 10/14/09

Trustee Name: R. SCOTT ALSTERDA, TRUSTEE
Date Filed (f) or Converted (c): 08/26/05 (f)
341(a) Meeting Date: 10/06/05
Claims Bar Date: 02/28/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY (3427 N. Bell, Chicago, IL) | 310,000.00 | 0.00 | DA | 0.00 | FA |
| 2. CASH ON HAND | 300.00 | 0.00 | DA | 0.00 | FA |
| 3. CHECKING ACCOUNT (Fifth Third Bank) | 200.00 | 0.00 | DA | 0.00 | FA |
| 4. HOUSEHOLD GOODS (furniture, tv, beds) | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5. WEARING APPAREL | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6. INSURANCE POLICIES (Term Life Policy $200,000) | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. INTEREST IN IRA (Wachovia IRA Rollover) | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 8. STOCK (Wes Gilbert & Assoc. Inc.) | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. OTHER (Medical Malpractice Claim) | Unknown | 0.00 | | 750,000.00 | FA |
| 10. AUTOMOBILES (1997 Plymouth Voyager) | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. AUTOMOBILES (2000 Toyota Sienna) | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 12. AUTOMOBILES (1996 Jaguar Car-under wife's name) | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 13. ANIMALS (Cats) | 0.00 | 0.00 | DA | 0.00 | FA |
| 14. Post-Petition Interest Deposits (u) | Unknown | N/A | | 149.53 | Unknown |

TOTALS (Excluding Unknown Values) $329,000.00 $0.00 $750,149.53

Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/07    Current Projected Date of Final Report (TFR): 07/31/09

/s/ R. SCOTT ALSTERDA, TRUSTEE _____ Date: 10/14/09
R. SCOTT ALSTERDA, TRUSTEE

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 05-33977 -CAD | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | GILBERT, WESLEY MICHAEL | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5317  BofA - Money Market Account |
| Taxpayer ID No: | *******4370 | | |
| For Period Ending: | 10/14/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/20/09 | 9 | ISMIE Mutual Insurance Company<br>Twenty North Michigan Avenue<br>Suite 700<br>Chicago, IL 60602 | Settlement Funds<br>reduced compensable amount due to surplus to debtor<br>Check No. 303 and 305 - paid to Wesley Gilbert | 1129-000 | 750,000.00 | | 750,000.00 |
| 03/27/09 | 000301 | Clifford Law Offices<br>120 North LaSalle Street<br>31st Floor<br>Chicago, IL 60602 | Special Litigation Counsel - Fees<br>Court Order dated March 17, 2009 to pay legal fees | 3210-600 | | 200,000.00 | 550,000.00 |
| 03/27/09 | 000302 | Clifford Law Offices<br>120 North LaSalle Street<br>31st Floor<br>Chicago, IL 60602 | Special Litigation-Disbursement<br>Court order dated March 17, 2009 authorized Special Litigation Counsel reimbursement of expenses | 3220-610 | | 22,892.75 | 527,107.25 |
| 03/31/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 4.09 | | 527,111.34 |
| 04/30/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 30.33 | | 527,141.67 |
| 05/18/09 | 000303 | Wesley Michael Gilbert<br>3427 N. Bell Avenue<br>Chicago, IL 60618 | Medical Malpractice Case (exempt)<br>See Order EOD 5/6/09 for exemption | 8100-002 | | 7,500.00 | 519,641.67 |
| * 05/18/09 | 000304 | Wesley Michael Gilbert<br>3427 N. Bell Avenue<br>Chicago, IL 60618 | Surplus Funds Paid To Debtor | 8200-003 | | | 519,641.67 |
| * 05/18/09 | 000304 | Wesley Michael Gilbert<br>3427 N. Bell Avenue<br>Chicago, IL 60618 | Surplus Funds Paid To Debtor | 8200-003 | | | 519,641.67 |
| 05/18/09 | 000305 | Wesley Michael Gilbert<br>3427 N. Bell Avenue<br>Chicago, IL 60618 | Surplus Funds Paid To Debtor<br>See order EOD 5/6/09 Surplus | 8200-002 | | 42,500.00 | 477,141.67 |
| 05/29/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 30.00 | | 477,171.67 |
| 06/30/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 27.45 | | 477,199.12 |
| 07/31/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 28.37 | | 477,227.49 |
| 08/31/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 28.37 | | 477,255.86 |
| 09/02/09 | 14 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.92 | | 477,256.78 |
| 09/02/09 | | Transfer to Acct #*******5375 | Final Posting Transfer | 9999-000 | | 477,256.78 | 0.00 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-33977 -CAD | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | GILBERT, WESLEY MICHAEL | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5375  BofA - Checking Account |
| Taxpayer ID No: | *******4370 | | |
| For Period Ending: | 10/14/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/02/09 | | Transfer from Acct #*******5317 | Transfer In From MMA Account | 9999-000 | 477,256.78 | | 477,256.78 |
| 09/02/09 | 003001 | R. SCOTT ALSTERDA, TRUSTEE 3500 THREE FIRST NATIONAL PLAZA 70 WEST MADISON AVENUE CHICAGO, IL 60602-4283 | Chapter 7 Expenses | 2200-000 | | 321.37 | 476,935.41 |
| 09/02/09 | 003002 | R. SCOTT ALSTERDA, TRUSTEE 3500 THREE FIRST NATIONAL PLAZA 70 WEST MADISON AVENUE CHICAGO, IL 60602-4283 | Chapter 7 Compensation/Fees | 2100-000 | | 15,045.00 | 461,890.41 |
| 09/02/09 | 003003 | Ungaretti & Harris LLP 3500 Three First National Plaza 70 W. Madison Chicago, IL 60602 | Claim 000018, Payment 100.00000% | 3110-000 | | 12,519.50 | 449,370.91 |
| 09/02/09 | 003004 | Ungaretti & Harris LLP 3500 Three First National Plaza 70 W. Madison Chicago, IL 60602 | Claim 000019, Payment 100.00000% | 3120-000 | | 268.64 | 449,102.27 |
| 09/02/09 | 003005 | Neiman Marcus c/o Creditors Bankruptcy Service P O Box 740933 Dallas, TX 75374 | Claim 000002, Payment 115.61632% | | | 449.47 | 448,652.80 |
| | | | Claim         388.76 | 7100-000 | | | 448,652.80 |
| | | | Interest       60.71 | 7990-000 | | | 448,652.80 |
| 09/02/09 | 003006 | Chase Bank USA, N.A. c/o Weinstein & Riley, P.S. 2101 4th Avenue, Suite 900 Seattle, WA, 98121 | Claim 000003, Payment 115.61562% | | | 7,841.04 | 440,811.76 |
| | | | Claim       6,781.99 | 7100-000 | | | 440,811.76 |
| | | | Interest     1,059.05 | 7990-000 | | | 440,811.76 |
| 09/02/09 | 003007 | MBNA America Bank NA P.O. Box 15168  MS 1423 Wilmington, DE 19850 | Claim 000004, Payment 115.61570% | | | 16,895.72 | 423,916.04 |
| | | | Claim      14,613.69 | 7100-000 | | | 423,916.04 |
| | | | Interest     2,282.03 | 7990-000 | | | 423,916.04 |
| 09/02/09 | 003008 | First National Bank of Omaha 1620 Dodge St Omaha, NE 68105-0773 | Claim 000005, Payment 115.61564% | | | 3,303.74 | 420,612.30 |
| | | | Claim       2,857.52 | 7100-000 | | | 420,612.30 |
| | | | Interest      446.22 | 7990-000 | | | 420,612.30 |
| 09/02/09 | 003009 | American Express Travel Related Services Co., Inc. c/o Becket and Lee, LLP P.O. Box 3001 Malvern, PA 19355-0701 | Claim 000006, Payment 115.61567% | | | 93,778.46 | 326,833.84 |
| | | | Claim      81,112.24 | 7100-000 | | | 326,833.84 |
| | | | Interest    12,666.22 | 7990-000 | | | 326,833.84 |
| 09/02/09 | 003010 | American Express Bank, FSB | Claim 000007, Payment 115.61570% | | | 15,272.06 | 311,561.78 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 05-33977 -CAD | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | GILBERT, WESLEY MICHAEL | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5375 BofA - Checking Account |
| Taxpayer ID No: | *******4370 | | |
| For Period Ending: | 10/14/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | c/o Becket and Lee, LLP P.O. Box 3001 Malvern, PA 19355-0701 | Claim 13,209.33 | 7100-000 | | | 311,561.78 |
| | | | Interest 2,062.73 | 7990-000 | | | 311,561.78 |
| 09/02/09 | 003011 | American Express Centurion Bank c/o Becket and Lee, LLP P.O. Box 3001 Malvern, PA 19355-0701 | Claim 000008, Payment 115.61567% | | | 10,293.24 | 301,268.54 |
| | | | Claim 8,902.98 | 7100-000 | | | 301,268.54 |
| | | | Interest 1,390.26 | 7990-000 | | | 301,268.54 |
| 09/02/09 | 003012 | Advanta Bank Corp Bankruptcy Welsh & McKean Roads P O Box 844 Spring House, PA 19477-0844 | Claim 000009, Payment 115.61573% | | | 7,555.80 | 293,712.74 |
| | | | Claim 6,535.27 | 7100-000 | | | 293,712.74 |
| | | | Interest 1,020.53 | 7990-000 | | | 293,712.74 |
| 09/02/09 | 003013 | CAPITAL RECOVERY II 25 SE 2nd Avenue, Suite 1120 Miami, FL 33131 | Claim 000011, Payment 115.61544% | | | 2,158.39 | 291,554.35 |
| | | | Claim 1,866.87 | 7100-000 | | | 291,554.35 |
| | | | Interest 291.52 | 7990-000 | | | 291,554.35 |
| 09/02/09 | 003014 | CAPITAL RECOVERY II 25 SE 2nd Avenue, Suite 1120 Miami, FL 33131 | Claim 000012, Payment 115.61561% | | | 3,861.33 | 287,693.02 |
| | | | Claim 3,339.80 | 7100-000 | | | 287,693.02 |
| | | | Interest 521.53 | 7990-000 | | | 287,693.02 |
| 09/02/09 | 003015 | Wesley Michael Gilbert 3427 N. Bell Avenue Chicago, IL 60618 | Claim 000017, Payment 87.12874% Surplus Funds Paid To Debtor | 8200-002 | | 287,693.02 | 0.00 |

Total Of All Accounts 0.00